No. 92–6937. PURNELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6938. LAWRENCE v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 92–6939. ABNER v. ESCAMBIA COUNTY SCHOOL DISTRICT. C. A. 11th Cir. Certiorari denied.

No. 92–6940. YOUNG v. NORTH CAROLINA. Super. Ct. N. C., Wake County. Certiorari denied.

No. 92–6943. RODRIGUEZ v. KINCHELOE. C. A. 9th Cir. Certiorari denied.

No. 92–6946. CLARK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6947. ENGLAND v. COMMISSIONER OF INTERNAL REVENUE ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–6948. GOODWIN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 92–6950. CANO-PENA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–6951. CARLYLE v. TRIGG, SUPERINTENDENT, INDIANA YOUTH CENTER. C. A. 7th Cir. Certiorari denied.

No. 92–6952. LACKEY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–6954. SATCHER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–6955. DULANEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6956. LOCADIA v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 92–6958. BIRKHOLZ v. RACICOT, ATTORNEY GENERAL OF MONTANA. Sup. Ct. Mont. Certiorari denied.